No. 159. GELB, ALIAS GORDIN, v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Gertrude Gottlieb* and *Harry Salvan* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Robert S. Erdahl* and *Theodore George Gilinsky* for the United States. ▮

No. 161. GRAYBAR ELECTRIC CO., INC., v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Paul L. Peyton* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Heffron* and *Robert N. Anderson* for respondent. ▮

No. 163. TERMINI v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Daniel H. Greenberg* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States. ▮

No. 168. FEDERAL BROADCASTING SYSTEM, INC., v. FEDERAL COMMUNICATIONS COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Charles F. O'Neall* and *Francis C. Brooke* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon, John L. Fitzgerald, Max D. Paglin* and *Ruth V. Reel* for the Federal Communications Commission, and *James A. McKenna, Jr.* and *Vernon L. Wilkinson* for WBBF, Inc., respondents. ▮

No. 171. HANLON v. WATERMAN STEAMSHIP CORP. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Leavenworth Colby* for respondent. ▮